DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GINA DAWN PRESSON,

Appellant,

v.

MULLER REAL ESTATE HOLDINGS, LLC,

Appellee.

No. 2D2024-2264

_____

July 10, 2026

Appeal from the Circuit Court for Pinellas County; George M. Jirotka, Judge.

Jennifer S. Carroll of Law Offices of Jennifer S. Carroll, P.A., for Appellant.

Michael N. Hosford of Weitz & Schwartz, P.A., Ft. Lauderdale, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.